IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHEJIANG OUHAI INT'L TRADE CORP., | No. C-09-03360 EDL |
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SOUTHERN CAL. VALVE EQUIPMENT COMPANY, INC., | |
| Defendant.                              / | |

The Court held a case management conference on November 3, 2009 and orders the following: Defendant shall file its motion to change venue no later than November 20, 2009. Plaintiff shall file its opposition no later than November 30, 2009. Defendant's reply shall be filed no later than December 3, 2009. The Court will hold a hearing on the motion to change venue on December 15, 2009 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:   November 3, 2009

                                             ELIZABETH D. LAPORTE
                                             United States Magistrate Judge