JS=6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| ZHEJIANG OUHAI INTERNATIONAL TRADE CORPORATION, <br><br> Plaintiff, <br><br> -vs- <br><br> SOUTHERN CALIFORNIA VALVE, INC., et. al., <br><br> Defendants. | CASE NO. CV 09 9329 JFW-FFM <br> [HON. JOHN F. WALTER] <br><br> **ORDER FOR DISMISSAL OF ENTIRE ACTION** |
| SOUTHERN CALIFORNIA VALVE, INC., a California corporation, <br><br> Counterclaimant, <br><br> -vs- <br><br> ZHEJIANG OUHAI INTERNATIONAL TRADE CORPORATION, <br><br> Counterdefendant. | |

The Court having received and approved the parties Stipulation for Dismissal, issues the following Order:

**IT IS HEREBY ORDERED** that the above captioned action is dismissed, in its entirety, with prejudice.

Dated: May 21, 2010

John F. Walter /s/
_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE

1
ORDER FOR DISMISSAL OF ENTIRE ACTION